UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNAMALAI ANNAMALAI; PARVATHI SIVANADLYAN,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-03693-JHC<br><br>ORDER |

This matter comes before the Court on Petitioners' Emergency Motion for Reconsideration of Denial of Preliminary Injunctive Relief. Dkt. # 13. Petitioners have not met the standard for reconsideration under Local Rule 7(h). Nor does this "emergency" motion satisfy the standards for granting emergency relief under the local and federal rules. Accordingly, the motion at Dkt. # 13 is DENIED.

Separately, the Court notes that this is not Petitioner Annamalai Annamalai's first petition on this subject. As stated by the Honorable David G. Estudillo, since July 29, 2026, Mr. Annamalai has "filed no fewer than six actions in this district." *Annamalai v. Cooper*, No. 2:26-cv-03240-DGE, Dkt. # 9 at 2 (collecting cases). He has also filed at least one recent action in the Central District of California. *See Annamalai v. Birkholz*, No. 2:26-cv-02051-MWC-MBK (C.D.

Cal. June 24, 2026). And each of these seven dockets contains at least one, if not more, emergency motions that have been denied by the court, as well as numerous other unsuccessful motions and/or duplicative filings.

Mr. Annamalai has also already been warned about his litigation conduct, with Chief Judge Estudillo advising him on October 9, 2026, that "any future frivolous filings may result in a vexatious litigant bar order." *Annamalai v. Cooper*, No. 2:26-cv-03240-DGE, Dkt. # 9 at 2. Nevetherless, Mr. Annamalai has continued to repeatedly file since that date. For example, in this action alone, the following documents have been received since October 9, 2026: (1) a notice of appeal of Judge Martinez's Order denying the motion for temporary restraining order (Dkt. # 10); (2) an emergency motion for reconsideration of Judge Martinez's Order denying the motion for temporary restraining order (Dkt. # 13); (3) a motion to allow supplemental claims (Dkt. # 16); (4) a notice to the Court about the possibility of duplicative filings (Dkt. #17); and (5) several duplicative filings. *See generally* Dkt.

This pattern of filing, both before and after Chief Judge Estudillo's vexatious litigant warning, raises serious questions to the Court about Mr. Annamalai's potential abuse of the judicial process. It also raises serious questions to the Court about whether this current action is barred by the judgments in Mr. Annamalai's other actions. As a result, the Court ORDERS Petitioners to SHOW CAUSE, on or before November 24, 2026, why: (1) a vexatious litigant bar order should not be issued against Mr. Annamalai; and (2) why the issues in this action are not precluded by the outcomes of the other cases. Petitioners are advised that failure to adequately respond to this order may result in issuance of a bar order and/or dismissal of this action without leave to amend.

//

Dated this 3rd day of November, 2026.

John H. Chun

John H. Chun
United States District Judge