UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNAMALAI ANNAMALAI; PARVATHI SIVANADLYAN,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-03693-JHC<br><br>ORDER |

This matter comes before the Court on Petitioners' "Verified 'EMERGENCY MOTION' of Petitioner/Plaintiff Mr. Annamalai Annamalai, to pray the Court for a 'Oral argument' and 'additional time' to respond to the court's order to 'Show cause' appears to be dated 11/03/2026." Dkt. # 20. Because of the mailing delays identified in the motion, the Court GRANTS Petitioners' request to extend the deadline to respond to the Court's Order to Show Cause. Petitioners' response to the Order to Show Cause at Dkt. # 18 shall now be due on or before **December 23, 2026**.

Petitioners' motion is otherwise DENIED.

//

Dated this 16th day of November, 2026.

John H. Chun
United States District Judge